UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN and DINA APOSTOLAKOS, et al., | ) ) ) |
| Plaintiffs, | ) ) Civil Action No. 3:13-cv-05619-MAS-LHG |
| v. | ) ) |
| ACCREDITED HOME LENDERS, INC., et al., | ) ) |
| Defendants. | ) ) ) |

## NOTICE OF CONSENT TO REMOVAL

Defendants Ocwen Loan Servicing, LLC ("Ocwen Loan"), Litton Loan Servicing LP ("Litton"), and Homeward Residential, Inc. (named as "Homeward Residential, Inc. f/k/a/ American Home Mortgage Servicing, Inc.") ("Homeward") (collectively "Defendants") consent to the removal of the action styled John and Dina Apostolakos, et al. v. Accredited Home Lenders, Inc., et al., Civil Action No. L-1914-13, from the Superior Court of New Jersey, Law Division, Ocean County ("State Court Action"), in which court the matter was originally filed, to the United States District Court for the District of New Jersey in accordance with the Notice of Removal filed by Defendant Bank of America, N.A. on September 20, 2013 (Dkt. No. 1).

Defendants' consent to the removal of the State Court Action to this Court is with the reservation of any and all of Defendants' rights and defenses, including, but not limited to, lack of personal jurisdiction, insufficiency of process, insufficiency of service of process, improper venue, and failure to state a claim.

Dated: September 26, 2013

Respectfully submitted,

OCWEN LOAN SERVICING, LLC, LITTON LOAN SERVICING LP, and HOMEWARD RESIDENTIAL, INC.,

By their attorneys,

By: */s/ Mark D. Marino*
Mark D. Marino
Christopher J. Archer
K&L GATES LLP
One Newark Center, Tenth Floor
Newark, New Jersey 07102-5285
United States of America
Tel: (973) 848-4000
Fax: (973) 848-4001
E-mail: mark.marino@klgates.com
E-mail: christopher.archer@klgates.com

R. Bruce Allensworth (*pro hac vice* to be filed)
Brian M. Forbes (*pro hac vice* to be filed)
Robert W. Sparkes, III (*pro hac vice* to be filed)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel:  (617) 261-3100
Fax:  (617) 261-3175
E-mail: bruce.allensworth@klgates.com
E-mail: brian.m.forbes@klgates.com
E-mail: robert.sparkes@klgates.com

- 3 -

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on September 26, 2013, a true and correct copy of the foregoing document was filed with the Clerk of the Court and served upon all counsel of record through the Court's CM/ECF filing system and the Notice of Electronic Filing generated thereby.

               */s/ Mark D. Marino*
               Mark D. Marino