UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN and DINA APOSTOLAKOS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ACCREDITED HOME LENDERS, INC., et al., <br><br> Defendants. | Civil Action No. 3:13-cv-05619-MAS-LHG |

**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE,
OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b)**

Application is hereby made pursuant to Local Civil Rule 6.1(b) for a Clerk's Order extending the time within which defendants Ocwen Loan Servicing, LLC ("Ocwen Loan"), Litton Loan Servicing LP ("Litton"), and Homeward Residential, Inc. (named as "Homeward Residential, Inc. f/k/a/ American Home Mortgage Servicing, Inc.") ("Homeward") (collectively "Defendants") may answer, move, or otherwise reply to the Complaint filed by Plaintiffs by a period of fourteen days, up to and including October 11, 2013.  Defendants represent that:

1. Plaintiffs filed the Complaint with the Superior Court of New Jersey, Law Division, Ocean County, on or about July 9, 2013.

2. Defendants Ocwen Loan, Litton, and Homeward were served with a copy of the Summons and Complaint on September 6, 2013.

3. Defendant Bank of America, N.A. removed the above-captioned case on September 20, 2013, and Defendants Ocwen Loan, Litton, and Homeward filed a Notice of Consent to Removal on September 26, 2013.

BOS-3360654 v1

4. The time for Defendants Ocwen Loan, Litton, and Homeward to answer, move, or otherwise reply to the Complaint expires on September 27, 2013, seven (7) days after the date of removal, pursuant to Fed. R. Civ. P. 81(c).

5. No previous extension of time has been requested or obtained.

Dated:   September 26, 2013

Respectfully submitted,

OCWEN LOAN SERVICING, LLC, LITTON LOAN SERVICING LP, and HOMEWARD RESIDENTIAL, INC.,

By their attorneys,

By:   */s/ Mark D. Marino*
Mark D. Marino
Christopher J. Archer
K&L GATES LLP
One Newark Center, Tenth Floor
Newark, New Jersey 07102-5285
United States of America
Tel: (973) 848-4000
Fax: (973) 848-4001
E-mail: mark.marino@klgates.com
E-mail: christopher.archer@klgates.com

R. Bruce Allensworth (*pro hac vice* to be filed)
Brian M. Forbes (*pro hac vice* to be filed)
Robert W. Sparkes, III (*pro hac vice* to be filed)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel:  (617) 261-3100
Fax:  (617) 261-3175
E-mail: bruce.allensworth@klgates.com
E-mail: brian.m.forbes@klgates.com
E-mail: robert.sparkes@klgates.com

## **ORDER**

The above application is GRANTED and the time within which Defendants Ocwen Loan Servicing, LLC, Litton Loan Servicing LP, and Homeward Residential, Inc. shall answer, move, or otherwise reply to Plaintiffs' Complaint is extended through and including October 11, 2013.

ORDER DATED: _____

                                          WILLIAM T. WALSH, Clerk

                                          By: _____
                                                  Deputy Clerk

- 4 -

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on September 26, 2013, a true and correct copy of the foregoing document was filed with the Clerk of the Court and served upon all counsel of record through the Court's CM/ECF filing system and the Notice of Electronic Filing generated thereby.

                                      */s/ Mark D. Marino*
                                      Mark D. Marino