

Sandhya M. Feltes
Direct Dial: (610) 941-2561
Direct Fax: (610) 684-2011
Email: sfeltes@kaplaw.com
www.kaplaw.com

November 13, 2013

**VIA ECF AND FEDERAL EXPRESS**
Hon. Michael A. Shipp
United States District Court
clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street
Trenton, new Jersey 08608

    RE:    **Apostolakos, et al. v. Accredited Home Lenders, Inc., et al.**
            <u>**U.S.D.C. for the District of New Jersey, No. 13-cv-05619-MAS-LHG**</u>

Dear Judge Shipp:

I represent Defendant FGC Commercial Mortgage Finance, Inc. ("FGC") in the above captioned matter. On October 11, 2013, Defendant FGC filed a Motion to Dismiss Plaintiffs' Complaint. [D.E. 127]. On October 11, 2013, the Court set November 18, 2013 as the return date for the Motion.

Pursuant to Local Rule 7.1(d)(2), Plaintiffs were required to file an opposition to Defendant FGC's Motion to Dismiss no later than November 4, 2013. However, Plaintiffs have not filed a response to Defendant FGC's Motion to Dismiss, nor have Plaintiffs sought an extension to file their response. As such, Defendant FGC respectfully requests that the Court consider Defendant FGC's Motion to Dismiss as unopposed and grant the Motion.

                                                        Respectfully,

                                                         Sandhya M. Feltes

cc:  All counsel of record, via ECF

Kaplin Stewart Meloff Reiter & Stein, PC
Union Meeting Corporate Center
910 Harvest Drive, P.O. Box 3037
Blue Bell, PA  19422-0765
610-260-6000 tel

Offices in
Pennsylvania
New Jersey